UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE SHERRILL,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant,<br><br>  v.<br><br>SSAOGC,<br><br>    Interested Party. | Case No. 10-cv-827-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Christine Sherrill's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 3).

A federal court may permit an indigent party to proceed without pre-payment of fees. 28 U.S.C. § 1915(a)(1) (2006). In determining indigence, courts must remember that "a person need not be absolutely destitute in order to enjoy the benefit of § 1915." *Zaun v. Dobbin*, 628 F.2d 990, 992 (7th Cir. 1980) (discussing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948)). Even if a plaintiff is found to be indigent, a court can deny a qualified plaintiff leave to file *in forma pauperis* or can dismiss a case if the action is clearly frivolous or malicious. § 1915(e)(2)(B)(i).

The Court has reviewed Sherrill's affidavit and finds that she is indigent for purposes of proceeding *in forma pauperis*. Further, there is nothing in the case file to indicate that this action

1

is frivolous or malicious.  Therefore, the Court **GRANTS** Sherrill's Motion for leave to Proceed *in Forma Pauperis* (Doc. 3) without prepayment of fees and costs.   The Court notes, however, that should it become apparent that the action is frivolous or malicious at any time in the future, it may dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

If Sherrill wishes the United States Marshal Service to serve process in this case, the Court **DIRECTS** her to provide to the United States Marshal Service the summons issued in this case, the appropriately completed USM-285 forms, and sufficient copies of the complaint for service.

The Court further **DIRECTS** the United States Marshal, upon receipt of the aforementioned documents and pursuant to Federal Rule of Civil Procedure 4(c)(3), to serve a copy of summons, complaint and this order upon the defendants in any manner consistent with Federal Rule of Civil Procedure 4, as directed by Sherrill.

**IT IS SO ORDERED.**
**DATED: October 28, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
