IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE SHERRILL, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security <br><br> Defendant. | Case No. 3:10-cv-00827-JPG-CJP |

ORDER

This matter comes before the Court on Magistrate Judge Clifford Proud's Report and Recommendation ("R & R") of October 4, 2011, wherein it was recommended the Commissioner's final decision be reversed and remanded for rehearing. (Doc. 43). After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.*

The Court must review *de novo* the portions of the report to which specific written objections are made. *Id*. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). No objections were made to the R&R by either party and after reviewing it, the Court finds it to be an accurate statement of the law.

Accordingly, the Court hereby **ADOPTS** the R & R (Doc. 43) **in its entirety** and **REVERSES and REMANDS** the Commissioner's final decision for rehearing and reconsideration of the evidence.

**IT IS SO ORDERED.**
**DATED:** November 17, 2011

<u>s./ J. Phil Gilbert</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**