IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTINE SHERRILL,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commisioner of Social Security,

    Defendant.

Case No. 3:10-cv-00827-JPG-CJP

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Commissioner of Social Security to deny petitioner Sherrill's application for Disability Insurance Benefits is reversed and this case is remanded to the Commissioner of Social Security for further proceedings and a new decision.

**DATED: November 17, 2011**

                                                                            **NANCY ROSENSTENGEL, CLERK**

**Approved:**    <u>s/ J. Phil Gilbert</u>    <u>s/Brenda K. Lowe, Deputy Clerk</u>
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**